FILED: January 12, 2017

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 16-2119

(8:15-cv-02947-GJH)

_____

APRIL TENIADE ADEMILUYI

    Plaintiff - Appellant

v.

NATIONAL BAR ASSOCIATION; DARYL PARKS, in his individual capacity; BENJAMIN CRUMP, in his individual capacity

    Defendants - Appellees

_____

## J U D G M E N T

_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK